# UNITED STATES DISTRICT COURT
Eastern District of Arkansas


FILED
EASTERN DISTRICT COURT
EASTERN DISTRICT ARKANSAS
APR 27 2017
JAMES W. McCORMACK, CLERK
By: _____
DEP CLERK

| UNITED STATES OF AMERICA | Judgment in a Criminal Case |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |
| LANCE GILBERT | |

Case No. 4:08CR00316 JLH

USM No. 25321-009

Molly Sullivan
Defendant's Attorney

**THE DEFENDANT:**

☑ admitted guilt to violation of condition(s) __1b, 4, 5, and 6__ of the term of supervision.

☑ was found in violation of condition(s) count(s) __1a and 2__ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1a | Violation of federal, state, or local law | 04/02/2017 |
| 1b | Violation of federal, state, or local law | 12/25/2016 |
| 2 | Unlawful use of a controlled substance | 08/23/2015 |
| 4 | Failure to participate in substance abuse testing as directed | 10/10/2015 |

The defendant is sentenced as provided in pages 2 through __3__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: 0932

Defendant's Year of Birth: 1983

City and State of Defendant's Residence:
Little Rock, Arkansas

04/27/2017
Date of Imposition of Judgment

Signature of Judge

J. Leon Holmes                U.S. District Judge
Name and Title of Judge

04/27/2017
Date

DEFENDANT: LANCE GILBERT
CASE NUMBER: 4:08CR00316 JLH

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Concluded |
| --- | --- | --- |
| 5 | Failure to submit monthly reports within first five days of the month | 01/30/2017 |
| 6 | Leaving judicial district without permission | 04/02/2017 |

DEFENDANT: LANCE GILBERT
CASE NUMBER: 4:08CR00316 JLH

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of:

EIGHT (8) MONTHS with no term of supervised release to follow

☑ The court makes the following recommendations to the Bureau of Prisons:

The Court recommends the defendant participate in residential substance abuse treatment during incarceration.

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

  ☐ at _____ ☐ a.m. ☐ p.m. on _____.

  ☐ as notified by the United States Marshal.

☑ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  ☑ before 2 p.m. on  05/29/2017  .

  ☐ as notified by the United States Marshal.

  ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL